■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT RASMUSSEN, JR., Appellant. [887 NYS2d 925]—Appeal from an order of the Genesee County Court (Robert C. Noonan, J.), entered March 28, 2008. The order determined that defendant

is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Fahey, Peradotto and Gorski, JJ.